IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS L. BRANTLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 2:09cv230-WHA |
| vs. | ) |
| | ) (WO) |
| INTERNATIONAL PAPER CO., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Request Voluntary Dismissal (Doc. #117), it is hereby

ORDERED that the Plaintiffs are given until December 6, 2010 to file a reply to the Defendant's response to the Motion.

Done this 29th day of November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE