IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS L. BRANTLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.  2:09cv230-WHA |
| vs. | ) | |
| | ) | (WO) |
| INTERNATIONAL PAPER CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Defendant's Unopposed Motion to Dismiss Certain Plaintiffs (Doc. #120), filed on November 24, 2010, for good cause shown, and based on the representation that Plaintiffs' counsel does not oppose the motion, it is hereby

ORDERED that the Motion is GRANTED and all claims of Plaintiffs Melinda Faison and Stanley Moseley are hereby DISMISSED WITH PREJUDICE.

Done this 29th  day of November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE