IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS L. BRANTLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   CIVIL ACTION NO. 2:09cv230-WHA |
| vs. | ) |
| | )           (WO) |
| INTERNATIONAL PAPER CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Strike Defendant International Paper Company's Overview Brief (Doc. #221), it is hereby

ORDERED that the Motion is DENIED. The court will consider the contents of the brief only to the extent that it is appropriate.

Done this 18th day of November, 2011.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE