UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
(at Montgomery)

| | | |
|---|---|---|
| THOMAS L. BRANTLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 09-230-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Court's Orders of April 14, 2009 [Record No 12]; March 12, 2010 [Record No. 85]; November 29, 2010 [Record No. 123]; April 14, 2011 [Record No. 148]; May 24, 2011 [Record No. 157]; August 1, 2011 [Record No. 181]; May 24, 2017 [Record No. 288]; June 26, 2017 [Record No. 299]; September 26, 2017 [Record No. 311]; November 22, 2017 [Record No. 318]; December 19, 2017 [Record No. 322]; January 23, 2018 [Record No. 328]; January 23, 2019 [Record No. 348]; and February 14, 2019 [Record No. 354]; it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The parties' joint Motion for Entry of Final Judgment [Record No. 353] is **GRANTED.**

2.  The claims of Plaintiff Sheila Morrissette were dismissed without prejudice. [Record No. 12]  The claims of all other plaintiffs were dismissed with prejudice. Judgment is entered in favor of Defendant International Paper Company with respect to the claims of all plaintiffs except those asserted by Sheila Morrissette.

      3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 14, 2019.

Signed By:

*Danny C. Reeves*
United States District Judge